UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Case No. | 8:20-cv-02106-WDK-JC | Date | April 23, 2021 |
|---|---|---|---|
| Title | G and G Closed Circuit Events, LLC v. Juana Francis Sanchez Bolanos | | |

| Present | The Honorable William D. Keller, Senior United States District Judge |
|---|---|

| Patricia Gomez | None |
|---|---|
| Courtroom Deputy | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) ORDER TO SHOW CAUSE**

Pursuant to the Mediation Report issued March 24, 2021 (DE [18]), this case was completely settled and counsel were to file a stipulated dismissal. The dismissal has not been filed.

Plaintiff's counsel is to file the stipulated dismissal no later than May 24, 2021, or notify the Court if settlement is no longer feasible.

**<u>Plaintiff's counsel is ordered to serve this minute order on all defendants within 24 hours from the date of this order.</u>**

IT IS SO ORDERED.

Initials of Preparer     pg