# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,** | CASE NO. 8:20-cv-02106-WDK-JC |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| vs. | |
| **JUANA FRANCIS SANCHEZ BOLANOS, et al,** | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G Closed Circuit Events, LLC, and Defendant Juana Francis Sanchez Bolanos, that the above-entitled action is hereby dismissed **without prejudice** against Juana Francis Sanchez Bolanos.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by July 25, 2021, the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_[signature]_  Dated: April 29, 2021
**The Honorable William D. Keller**